IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

    Plaintiff,                      No. CIV S-09-1749 GGH (TEMP) P

   vs.

MIKE MARTEL,

    Defendant.                  ORDER TO SHOW CAUSE

_____/

        Plaintiff is a California prisoner proceeding with counsel with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff filed his amended complaint on October 15, 2010. On November 22, 2010, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and determined that service of process is appropriate for all defendants. To date, defendant Rodriguez has not been served with process. Because more than 120 days have elapsed since service of process was approved, and plaintiff has not shown good cause as to why defendant Rodriguez has not been served, the court will order that plaintiff show cause why defendant Rodriguez should not be dismissed. See Fed. R. Civ. P. 4(m).

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within fourteen days why defendant Rodriguez should not be dismissed. Plaintiff's failure to show cause will result in a recommendation that defendant Rodriguez be dismissed.

DATED: April 4, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

kc
abel1749.osc