IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

     Plaintiff,                    No. CIV S-09-1749 JAM GGH (TEMP) P

    vs.

MIKE MARTEL,

     Defendant.         <u>ORDER</u>

_____/

        On April 5, 2011, the court ordered plaintiff to show cause why defendant Rodriguez should not be dismissed because he has not yet been served with process. Plaintiff responded to the order to show cause on April 18, 2011. In the response, plaintiff requests additional time to serve defendant Rodriguez. Plaintiff asserts additional time is necessary to obtain information required for service though discovery.

/////
/////
/////
/////
/////
/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause issued on April 5, 2011 is discharged; and

2. Plaintiff shall file a status report regarding service of process on defendant Rodriguez no later than sixty days from the date of this order.

DATED: April 27, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

kc
abel1749.vosc