IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

    Plaintiff,                              No. CIV S-09-1749 JAM CKD  P

    vs.

MIKE MARTEL,

    Defendant.                          ORDER TO SHOW CAUSE

_____/

        Plaintiff is a California prisoner proceeding with counsel with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff filed his amended complaint on October 15, 2010. On November 22, 2010, the court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and determined that service of process is appropriate for all defendants. To date, neither defendant Walker nor Kaplan have been served with process. Because more than 120 days have elapsed since service of process was approved, and plaintiff has not shown good cause as to why neither defendant Walker nor defendant Kaplan have been served, the court will order that plaintiff show cause why those defendants should not be dismissed. See Fed. R. Civ. P. 4(m).

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff show cause within
2  fourteen days why defendants Walker and Kaplan should not be dismissed. Plaintiff's failure to
3  show cause will result in a recommendation that defendants Walker and Kaplan be dismissed.
4  Dated: November 17, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
abel1749.osc(2)