IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

       Plaintiff,                      No. CIV S-09-1749 JAM CKD P

     vs.

MIKE MARTEL, et al.,

       Defendants.                 <u>ORDER</u>

_____/

        The parties, via counsel, have filed a request that defendants be permitted to depose plaintiff and that certain deadlines be extended. The court will allow defendants to depose plaintiff. However, the court will not extend any deadlines at this point. While counsel for plaintiff has stipulated to extension of deadlines, he has filed a motion to withdraw and plaintiff himself is not a party to the stipulation.

/////

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are granted permission to depose plaintiff; and

2. The request that deadlines for discovery and the filing of motions to compel be extended is denied.

Dated: January 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 abel1749.36(1)