IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

    Plaintiff,                         No. CIV S-09-1749 JAM CKD P

    vs.

MIKE MARTEL, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has filed a motion asking that the court order that he remain at the prison where he is currently housed until the conclusion of this case. Plaintiff suggests that transfer to another prison could impede his ability to litigate this case. In <u>Meachum v. Fano</u>, 427 U.S. 215 (1976), the United States Supreme Court held that prisoners do not have a constitutional right to be housed at a particular prison within a state's prison system. Therefore, plaintiff's request will be denied. If plaintiff believes he requires extensions of time to comply with court deadlines due to his being transferred, he is free to so request.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 30, 2012 "motion for injunction . . ." (Dkt. 48) is denied.

Dated: February 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] abel1749.trn