IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

      Plaintiff,    No. CIV S-09-1749 JAM CKD P

   vs.

MIKE MARTEL, et al.,

      Defendants.    ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On November 18, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed November 18, 2011, are adopted in full;

2. Defendant Martel, Long, Sauceda, Lackner, Barroga and Childress's May 11, 2011 motion to dismiss is denied in part and granted in part as follows:

    A. Denied with respect to the following claims:

        1. Defendants Martel, Lackner and Long denied plaintiff the ability to purchase and possess religious items which were approved in the "Technical Reference Manual" for group worship only in violation of the First Amendment and RLUIPA.

        2. On April 27, 2009, defendants Sauceda and Childress confiscated religious items from plaintiff in violation of the First Amendment and RLUIPA.

    B. Granted in all other respects resulting in dismissal of all other claims against defendants Martel, Long, Sauceda, Lackner, Barroga and Childress for failure to exhaust administrative remedies.

3. Defendant Barroga is dismissed from this action.

DATED: February 23, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE