IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

    Plaintiff,                        No. CIV S-09-1749 JAM CKD P

    vs.

MIKE MARTEL, et al.,

    Defendants.                  <u>ORDER</u>

/

        The remaining defendants in this action have filed a motion for summary judgment. Plaintiff asserts he is unable to oppose the motion because he cannot access a law library and cannot make copies. Plaintiff asserts there is no law library or copying machine at his current place of incarceration, California Correctional Institution (CCI) in Tehachapi.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Warden of California Correctional Institution shall inform the court within 14 days whether plaintiff has access to a law library and copy machine. If plaintiff does not currently have access, the Warden must inform the court when plaintiff will have access.

        2. Plaintiff need not file his opposition to defendants' pending motion for summary judgment until further notice from the court.

        3. Plaintiff's request that the court "suspend this case" is denied.

1

      4.  Plaintiff's March 29, 2012 request that the court order the California Department of Corrections and Rehabilitation to provide him with a typewriter is denied.

      5.  The Clerk of the Court is directed to serve a copy of this order upon the Warden of the California Correctional Institution in Tehachapi.

Dated: April 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
abel1749.36