IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ABEL,

        Plaintiff,               No. CIV S-09-1749 JAM CKD P

    vs.

MIKE MARTEL, et al.,

        Defendants.       <u>ORDER</u>

_____/

        On April 9, 2012, plaintiff informed the court that he was having difficulty gaining access to the law library at his prison, and obtaining copies, which hampered his efforts to draft his opposition to defendants' April 2, 2012 motion for summary judgment.  The warden at plaintiff's prison has informed the court that plaintiff has access to the prison law library and has the ability to make copies.  In light of representations made by the warden and by plaintiff, plaintiff will be granted 30 days within which to file his opposition to defendants' pending motion for summary judgment.

/////

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 30 days within

2  which to file his opposition to defendants' pending motion for summary judgment.  Failure to file

3  an opposition within 30 days may result in a recommendation that this action be dismissed.

4   Dated: May 8, 2012

5

6                                         CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE
7

8

9
   1/md
10  abel1749.36(2)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26